Opinion filed September 4, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed September 4,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00063-CV

                                                    __________

 

                                  BULENT CUHACI, M.D., Appellant

 

                                                             V.

 

           AURORA MEDINA,
INDIVIDUALLY, AS WRONGFUL DEATH

     BENEFICIARY OF TOBY
MEDINA, DECEASED, ON BEHALF OF ALL

    WRONGFUL DEATH
BENEFICIARIES OF TOBY MEDINA, DECEASED,

      AND ON BEHALF OF THE
ESTATE OF TOBY MEDINA, DECEASED,

                                                        Appellee

 



 

                                         On
Appeal from the 385th District Court

                                                         Midland
County, Texas

                                                 Trial
Court Cause No. CV45970

 



 

                                             M
E M O R A N D U M   O P I N I O N

Bulent
Cuhaci, M.D. has filed in this court a motion to dismiss his appeal.  In his
motion, Cuhaci states that the trial court=s
August 6, 2008 order renders this interlocutory appeal moot.  The motion is
granted, and the appeal is dismissed.

 

September 4, 2008                                                                   PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.